# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

D'ANDRE DETREZ BROWN                                                              PLAINTIFF

v.                                    No. 3:12CV00134 JLH/BD

CRAIGHEAD COUNTY DETENTION
CENTER; and LARRY HOLIDAY                                                        DEFENDANTS

## ORDER

The Court has reviewed Magistrate Judge Beth Deere's Partial Recommended Disposition ("Recommendation"). No objections to the Recommendation have been filed. After carefully reviewing the Recommendation, this Court adopts the findings and conclusions in the Recommendation in its entirety.

Mr. Brown's claims against defendant Holiday in his official capacity are DISMISSED, without prejudice.

IT IS SO ORDERED this 21st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE