IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

D'ANDRE DETREZ BROWN                                                                     PLAINTIFF

V.                                      NO. 3:12CV00134-JLH-BD

CRAIGHEAD COUNTY DETENTION CENTER, *et al.*                       DEFENDANTS

## ORDER

Parties may file dispositive motions on or before January 30, 2013. Once this deadline has passed, and if summary judgment is not granted, trial counsel will be appointed for Mr. Brown, and a final scheduling order setting this case for trial will be entered establishing filing deadlines.

Parties are cautioned that the final scheduling order might not include a new dispositive motions deadline. They should plan accordingly and aim to file any dispositive motions by the January 30, 2013 deadline.

DATED this 30th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE