**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**D'ANDRE DETREZ BROWN**                                                                                      **PLAINTIFF**

V.                                   **CASE NO. 3:12CV00134-JLH-BD**

**LARRY HOLIDAY**                                                                                                    **DEFENDANT**

## ORDER

Defendant Holiday has moved for the Court to dismiss Mr. Brown's claims, or in the alternative, to allow him additional time to file a dispositive motion. (Docket entry #14)  Mr. Brown has been released from the Craighead County Jail and has not provided the Court a current address, as required by the Local Rules of the Eastern District of Arkansas.  Accordingly, Mr. Brown has thirty days to notify the Court of his current address.  His failure to respond to this Order will result in the dismissal of his claims.  The Defendant's motion will be held in abeyance until Mr. Brown has notified the Court of his current address.

IT IS SO ORDERED this 24th day of January, 2013.

_____
UNITED STATES MAGISTRATE JUDGE