**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**D'ANDRE DETREZ BROWN**                                                                    **PLAINTIFF**

**V.**                                        **No. 3:12CV00134 JLH/BD**

**CRAIGHEAD COUNTY DETENTION CENTER and**
**LARRY HOLIDAY**                                                                    **DEFENDANTS**

<u>**RECOMMENDED DISPOSITION**</u>

**I.**        <u>**Procedures for Filing Objections**</u>**:**

This Recommended Disposition ("Recommendation") has been sent to United

States District Judge J. Leon Holmes.  Any party may file written objections to this

Recommendation.

Objections must be specific and must include the factual or legal basis for the

objection.  An objection to a factual finding must identify the finding of fact believed to

be wrong and describe the evidence that supports that belief.

An original and one copy of your objections must be received in the office of the

United States District Court Clerk within fourteen (14) days of this Recommendation.  A

copy will be furnished to the opposing party.

If no objections are filed, Judge Holmes can adopt this Recommendation without

independently reviewing all of the evidence in the record.  By not objecting, you may also

waive any right to appeal questions of fact.

Mail your objections and "statement of necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## II.   <u>Discussion</u>:

Plaintiff D'Andre Detrez Brown, formerly a pretrial detainee at the Craighead County Detention Facility, filed a pro se Complaint alleging that his Due Process rights were violated when he was placed in "lockdown" without being provided "lockdown papers."

On January 23, 2013, Defendants moved to dismiss Mr. Brown's claims for his failure to comply with Rule 5.5(c)(2) of the Local Rules for the United States District Court for the Eastern District of Arkansas.   (Docket entry #14)   Defendants explain that Mr. Brown has been released from the Craighead County Detention Facility and has not provided a current address to the Court.

The next day, the Court ordered Mr. Brown to provide the Court his current address within thirty days.  (#16)  Mr. Brown was specifically cautioned that his failure to comply with the Court order could result in the dismissal of this action, without prejudice. (#16) He has not responded to the Court order and the time to do so has passed.

III.    **Conclusion**:

The Court recommends that the Defendants' motion (#14) be GRANTED, and that

Mr. Brown's claims be DISMISSED, without prejudice, for his failure to comply with the

January 24 Court order.

DATED this 27th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE