## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

D'ANDRE DETREZ BROWN                                                                        PLAINTIFF

v.                                          No. 3:12CV00134 JLH/BD

CRAIGHEAD COUNTY DETENTION CENTER;
and LARRY HOLIDAY                                                                          DEFENDANTS

### ORDER

Magistrate Judge Beth Deere has filed a Recommended Disposition ("Recommendation"), addressing the defendants' motion to dismiss. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings, in all respects.

The motion to dismiss is GRANTED. Document #14. Brown's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 4th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE